B5 (Official Form 5) (12/07)

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| ____CENTRAL____ District of _CALIFORNIA_ | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>GENIUS PRODUCTS, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete<br>EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>3301 Exposition Blvd., Suite 100<br>Santa Monica, CA 90404 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Los Angeles                    ZIP CODE<br>90404 | ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED |
|---|
| [X] Chapter 7      [ ] Chapter 11 |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box.)                    ZIP CODE

Petitioners believe:

[ ] Debts are primarily consumer debts
[X] Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

[ ] Individual (Includes Joint Debtor)
[X] Corporation (Includes LLC and LLP)
[ ] Partnership
[ ] Other (If debtor is not one of the above entities,
    check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

[ ] Health Care Business
[ ] Single Asset Real Estate as defined in
    11 U.S.C. § 101(51)(B)
[ ] Railroad
[ ] Stockbroker
[ ] Commodity Broker
[ ] Clearing Bank
[X] Other

| VENUE | FILING FEE (Check one box) |
|---|---|
| [X] Debtor has been domiciled or has had a residence, principal<br>place of business, or principal assets in the District for 180<br>days immediately preceding the date of this petition or for<br>a longer part of such 180 days than in any other District.<br><br>[ ] A bankruptcy case concerning debtor's affiliate, general<br>partner or partnership is pending in this District. | [X] Full Filing Fee attached<br><br>[ ] Petitioner is a child support creditor or its representative, and the form<br>specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br><br>*[If a child support creditor or its representative is a petitioner, and if the<br>petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of<br>1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
### OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United
        States Code.
3.a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are
        the subject of a bona fide dispute as to liability or amount;

                                                or

b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or
        agent appointed or authorized to take charge of less than substantially all of the property of the
        debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

FILED
DEC 27 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

B5

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor  GENIUS PRODUCTS, LLC

Case No. _____

---

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____ | X _____ Date ____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| | Michael J. Heyman |
| World Wrestling Entertainment, Inc. | K&L Gates LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing   James Langham, Esq. | 10100 Santa Monica Blvd., 7th Floor |
| Address of Individual   1241 E. Main St. | Los Angeles, CA 90067 |
| Signing in Representative   Stamford, CT 06902 | Address |
| Capacity   SVP, Assistant General Counsel | (310) 552-5000 |
| | Telephone No. |

| | |
|---|---|
| X _____ | X _____ Date ____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| | Chad T. Nitta |
| Thought Equity Motion, Inc. | Kutak Rock LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 1801 California St. |
| Name & Mailing   Eric M. Toler | Denver, CO 80202 |
| Address of Individual   1530 16th St. 6th Flr. | Address |
| Signing in Representative   Denver, CO 80202 | (303) 297-2400 |
| Capacity   Chief Financial Officer | Telephone No. |

| | |
|---|---|
| X _____ | X _____ Date ____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| | Jay Shanker |
| LD Entertainment | McAfee & Taft |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 211 N. Robinson |
| Name & Mailing   Chad Reineke | Oklahoma City, OK 73102 |
| Address of Individual | Address |
| Signing in Representative | (405) 235-9621 |
| Capacity   General Counsel | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| World Wrestling Entertainment, Inc. | Judgment entered on December 5, 2011 | 6,086,487.91 |
| Thought Equity Motion, Inc. | Arbitration Award | 463,500.00 |
| LD Entertainment | Default Judgment | 2,159,023.15 |

| | | |
|---|---|---|
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims   8,709,011.06 |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor   GENIUS PRODUCTS, LLC

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| X_____<br>Signature of Petitioner or Representative (State title) | X_____   Date<br>Signature of Attorney |
| World Wrestling Entertainment, Inc.<br>Name of Petitioner            Date Signed | Michael J. Heyman<br>K&L Gates LLP<br>Name of Attorney Firm (If any) |
| Name & Mailing      James Langham, Esq.<br>Address of Individual  1241 E. Main St.<br>Signing in Representative  Stamford, CT 06902<br>Capacity  SVP, Assistant General Counsel | 10100 Santa Monica Blvd., 7th Floor<br>Los Angeles, CA 90067<br>Address<br>(310) 552-5000<br>Telephone No. |
| X  ⌒_____ *CHIEF FINANCIAL OFFICER*<br>Signature of Petitioner or Representative (State title) | X_____   Date<br>Signature of Attorney |
| Thought Equity Motion, Inc.    *Dec 22, 2011*<br>Name of Petitioner            Date Signed | Chad T. Nitta<br>Kutak Rock LLP<br>Name of Attorney Firm (If any) |
| Name & Mailing      Eric M. Toler<br>Address of Individual  1530 16th St., 6th Flr.<br>Signing in Representative  Denver, CO 80202<br>Capacity  Chief Financial Officer | 1801 California St.<br>Denver, CO 80202<br>Address<br>(303) 297-2400<br>Telephone No. |
| X_____<br>Signature of Petitioner or Representative (State title) | X_____   Date<br>Signature of Attorney |
| LD Entertainment<br>Name of Petitioner            Date Signed | Jay Shanker<br>McAfee & Taft<br>Name of Attorney Firm (If any) |
| Name & Mailing      Chad Reineke<br>Address of Individual<br>Signing in Representative<br>Capacity  General Counsel | 211 N. Robinson<br>Oklahoma City, OK 73102<br>Address<br>(405) 235-9621<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| World Wrestling Entertainment, Inc. | Judgment entered on December 5, 2011 | 6,086,487.91 |
| Name and Address of Petitioner<br>Thought Equity Motion, Inc. | Nature of Claim<br>Arbitration Award | Amount of Claim<br>463,500.00 |
| Name and Address of Petitioner<br>LD Entertainment | Nature of Claim<br>Default Judgment | Amount of Claim<br>2,159,023.15 |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of<br>Petitioners' Claims<br>8,709,011.06 |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor  GENIUS PRODUCTS, LLC

Case No. _____

| TRANSFER OF CLAIM |
|---|

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

| REQUEST FOR RELIEF |
|---|

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X_____ | X_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| | Michael J. Heyman |
| World Wrestling Entertainment, Inc. | K&L Gates LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 10100 Santa Monica Blvd., 7th Floor |
| Name & Mailing     James Langham, Esq. | Los Angeles, CA  90067 |
| Address of Individual  1241 E. Main St. | Address |
| Signing in Representative  Stamford, CT  06902 | (310) 552-5000 |
| Capacity          SVP, Assistant General Counsel | Telephone No. |

| X_____ | X_____ signature _____ 12-22-11 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| | Chad T. Nitta |
| Thought Equity Motion, Inc. | Kutak Rock LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 1801 California St. |
| Name & Mailing     Eric M. Toler | Denver, CO  80202 |
| Address of Individual  1530 16th St., 6th Flr. | Address |
| Signing in Representative  Denver, CO  80202 | (303) 297-2400 |
| Capacity          Chief Financial Officer | Telephone No. |

| X_____ | X_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| | Jay Shanker |
| LD Entertainment | McAfee & Taft |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 211 N. Robinson |
| Name & Mailing     Chad Reineke | Oklahoma City, OK  73102 |
| Address of Individual | Address |
| Signing in Representative | (405) 235-9621 |
| Capacity          General Counsel | Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| World Wrestling Entertainment, Inc. | Judgment entered on December 5, 2011 | 6,086,487.91 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Thought Equity Motion, Inc. | Arbitration Award | 463,500.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| LD Entertainment | Default Judgment | 2,159,023.15 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims 8,709,011.06 |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor  GENIUS PRODUCTS, LLC

Case No. _____

## TRANSFER OF CLAIM

Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title) | X _____ Date ____<br>Signature of Attorney<br>Michael J. Heyman<br>K&L Gates LLP |
| World Wrestling Entertainment, Inc.<br>Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing    James Langham, Esq.<br>Address of Individual    1241 E. Main St.<br>Signing in Representative    Stamford, CT  06902<br>Capacity    SVP, Assistant General Counsel | 10100 Santa Monica Blvd., 7th Floor<br>Los Angeles, CA  90067<br>Address<br>(310) 552-5000<br>Telephone No. |
| X _____<br>Signature of Petitioner or Representative (State title) | X _____ Date ____<br>Signature of Attorney<br>Chad T. Nitta<br>Kutak Rock LLP |
| Thought Equity Motion<br>Name of Petitioner          Date Signed | Name of Attorney Firm (If any)<br>1801 California St. |
| Name & Mailing    Eric M. Toler<br>Address of Individual    1530 16th St., 6th Flr.<br>Signing in Representative    Denver, CO  80202<br>Capacity    Chief Financial Officer | Denver, CO  80202<br>Address<br>(303) 297-2400<br>Telephone No. |
| X _(signature)_____<br>Signature of Petitioner or Representative (State title) | X _(signature)_____ Dec 22 2011<br>Signature of Attorney      Date<br>Jay Shanker<br>McAfee & Taft |
| LD Entertainment      Dec 22, 2011<br>Name of Petitioner          Date Signed | Name of Attorney Firm (If any)<br>211 N. Robinson |
| Name & Mailing    Chad Reineke<br>Address of Individual<br>Signing in Representative<br>Capacity    General Counsel | Oklahoma City, OK  73102<br>Address<br>(405) 235-9621<br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| World Wrestling Entertainment, Inc. | Judgment entered on December 5, 2011 | 6,086,487.91 |
| Thought Equity Motion | Arbitration Award | 463,500.00 |
| LD Entertainment | Default Judgment | 2,159,023.15 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>8,709,011.06 |

_____ continuation sheets attached

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Chad T. Nitta (Colo. No. 31921)<br>KUTAK ROCK LLP<br>1801 California St., Suite 3100<br>Denver, CO 80202<br>Tel:  303-297-2400 / Fax:  303-292-7799<br>☑ *Attorney for:*  Petitioning Creditor Thought Equity Motion, Inc. | |

<table>
<tr>
<td colspan="2" align="center"><strong>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</strong></td>
</tr>
<tr>
<td>In re: Genius Products, LLC<br><br><br><br>                       Debtor(s),<br><br>                      Plaintiff(s),<br><br>                  Defendant(s).</td>
<td>CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:  7</td>
</tr>
</table>

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Chad T. Nitta _____, the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

        ☐  I am the president or other officer or an authorized agent of the debtor corporation

        ☑  I am a | Petitioning Creditor |

        ☐  I am a party to a contested matter

        ☐  I am the attorney for the debtor corporation

2. a.  ☑  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

        Jona, Inc.
        Shamrock Capital Advisors

  b.  ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____    12/22/11
Signature of Attorney or Declarant          Date

Chad T. Nitta
_____
Printed Name of Attorney or Declarant

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                          **F 1007-4**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| MICHAEL J. HEYMAN (SBN 218147)<br>K&L GATES LLP<br>10100 Santa Monica Boulevard, Seventh Floor<br>Los Angeles, California 90067<br>Telephone: 310.552.5000 / Fax: 310.552.5001<br>☑ *Attorney for:* Petitioning Creditor World Wrestling Entertainment, Inc. | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re: Genius Products, LLC<br><br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER: 7 |

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, World Wrestling Entertainment, Inc. , the undersigned in the above-captioned case, hereby declare
　　　　*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　I have personal knowledge of the matters set forth in this Statement because:

　　　　☐　I am the president or other officer or an authorized agent of the debtor corporation
　　　　☑　I am a Petitioning Creditor
　　　　☐　I am a party to a contested matter
　　　　☐　I am the attorney for the debtor corporation

2. a.　☐　The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

　　　　*[For additional names, attach an addendum to this form.]*

　　b.　☑　There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

By: _____　World Wrestling Entertainment, Inc

_____　　　　_____
Signature of Attorney or Declarant　　　　Date

James W. Langham
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　F 1007-4

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| MICHAEL J. HEYMAN (SBN 218147)<br>K&L GATES LLP<br>10100 Santa Monica Boulevard, Seventh Floor<br>Los Angeles, California 90067<br>Telephone: 310.552.5000 / Fax: 310.552.5001<br>☑ *Attorney for:* Petitioning Creditor World Wrestling Entertainment, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Genius Products, LLC | CASE NO.: |
|---|---|
| | ADV. NO.: |
| Debtor(s). | CHAPTER: 7 |
| Plaintiff(s), | |
| Defendant(s). | |

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, _____, the undersigned in the above-captioned case, hereby declare
 *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

    ☐  I am the president or other officer or an authorized agent of the debtor corporation
    ☑  I am a  Petitioning Creditor
    ☐  I am a party to a contested matter
    ☐  I am the attorney for the debtor corporation

2. a.    ☐  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*

b.    ☒  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____    Dec 27TH 2011
Signature of Attorney or Declarant    Date

Chad Reineke
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. &
Email Address

Michael J. Heyman (SBN 218147)

K&L Gates LLP

10100 Santa Monica Blvd., 7th Floor

Los Angeles, CA  90067

Phon: (310) 552-5000

Fax:  (310) 552-5001

email:  michael.heyman@klgates.com

FOR COURT USE ONLY

RECEIVED

DEC 2 7 2011

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____
          Deputy Clerk

[x] *Attorney for Petitioning Creditor(s)*
*Petitioning Creditor(s) appearing without attorney*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES _____ **DIVISION**

In re:

GENIUS PRODUCTS, LLC

Debtor(s).

CASE NO.:

CHAPTER: 7

**SUMMONS AND NOTICE OF STATUS
CONFERENCE IN AN INVOLUNTARY
BANKRUPTCY CASE**

To the above-named debtor(s):

Pursuant to 11 U.S.C. § 303, an involuntary petition was filed on _____ in this bankruptcy court praying for the entry of an order for relief against you under chapter ____ of title 11 of the Bankruptcy Code.  A copy of the involuntary petition accompanies this summons.

A status conference in the involuntary case commenced by the involuntary petition has been set for:

| Hearing Date: | Place: |
|---|---|
| Time: | [x] 255 East Temple Street, Los Angeles, CA 90012 |
| Courtroom: | [ ] 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | [ ] 3420 Twelfth Street, Riverside, CA 92501 |
| | [ ] 411 West Fourth Street, Santa Ana, CA 92701 |
| | [ ] 1415 State Street, Santa Barbara, CA 93101 |

If you wish to oppose the entry of an order for relief, you must file with the clerk of this court an answer to the involuntary petition or a motion pursuant to FRBP 1011(c) within 21 days after the date of service of this summons and attached involuntary petition, plus 3 additional days if you were served by mail.  At the same time, you must also serve a copy of the answer or motion on the petitioner's attorney (or on the petitioner, if the petitioner does not have an attorney) at the address stated above.  If you file a motion under FRPB 1011(c), your time to answer the petition will be governed by that rule.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

<u>TO THE DEBTOR(S):</u>

IF YOU FAIL TO TIMELY FILE A RESPONSE TO THIS SUMMONS, THE BANKRUPTCY COURT MAY ENTER AN
ORDER FOR RELIEF IN ACCORDANCE WITH 11 U.S.C. § 303(h).

<u>TO THE PETITIONING CREDITOR(S)</u>:

IF YOU FAIL TO TIMELY SERVE THE SUMMONS AND INVOLUNTARY PETITION AND/OR TO FILE PROOF OF
SERVICE OF DOCUMENT THEREOF WITH THE COURT OR TO APPEAR AT THE STATUS CONFERENCE, THIS
INVOLUNTARY CASE MAY BE DISMISSED IN ACCORDANCE WITH LBR 1010-1.


KATHLEEN J. CAMPBELL
CLERK OF COURT


Date: _____          By: _____
                                              Deputy Clerk


This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
K&L GATES LLP, 10100 Santa Monica Blvd., 7th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document described as **SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (state method for each person or entity served): On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: _____    Signature: _____

Printed Name: _____

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011                                                    Page 3                                                    **F 1010-1.SUMMONS**