ANTHONY A. FRIEDMAN (SBN 201955)
aaf@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-124
Facsimile:   (310) 229-1244

(Proposed) Attorneys for Alfred H. Siegel, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| **In re** | **Case No.:  2:11-bk-62283-RN** |
| **GENIUS PRODUCTS, LLC,** | **Chapter 7** |
| **Debtor.** | **NOTICE OF MOTION OF ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE FOR ORDER:** |
| | **(1) AUTHORIZING SALE OF ESTATE'S RIGHT, TITLE, AND INTEREST IN PERSONAL PROPERTY;** |
| | **(2) APPROVING OVERBID PROCEDURE;** |
| | **AND (3) AUTHORIZING PAYMENT OF BREAKUP FEE** |
| | Date: April 3, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom 1645<br>    Roybal Federal Building<br>    255 E. Temple Street<br>    Los Angeles, California |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** as follows:

**(A) Date, Time, and Place of Hearing on the Proposed Sale:** April 3, 2013, at 9:00 a.m., in Courtroom 1645 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California.

**(B) Name and Address of Proposed Buyer:** LD Entertainment ("Purchaser"), 9000 Sunset Boulevard, Suite 600, West Hollywood, California 90069.

**(C) Description of Property to Be Sold:** All of the Debtor's assets (the "Assets").

**(D) Terms and Conditions of the Proposed Sale**

- <u>Purchaser</u>: LD Entertainment ("Purchaser");

- <u>Purchase Price</u>: $20,000 ("Purchase Price");

- <u>Condition of Assets</u>: Assets purchased "as-is" without any representations or warranties of any kind, and subject to all liens, claims, and encumbrances; and

- <u>Breakup Fee</u>: Five percent (5%) of the Purchase Price solely provided that Purchaser is not ultimate purchaser of the Assets.

**(E) Liens:** The Trustee has conducted certain due diligence and has not been able to determine whether there are any secured claims against the Assets. Notwithstanding, the offer made by Purchaser is to purchase the Assets subject to all liens, claims, and encumbrances.

**(F) Overbid Procedures:** (1) Any person interested in submitting an overbid on the Assets must attend the hearing on the Motion or be represented by an individual with authority to participate in the overbid process; (2) an overbid will be defined as an initial overbid of $25,000, with each additional bid in $1,000 increments; (3) overbidders (except for the Purchaser) must deliver a deposit to the Trustee's counsel by way of cashier's check made payable to "Alfred H. Siegel, Chapter 7 Trustee," in the amount of $2,500 (<u>i.e.</u>, 10% of the initial overbid purchase price) (the "Deposit") no later than 12:00 p.m. on April 1, 2013; (4) overbidders must purchase the Assets on the same terms and conditions as the Purchaser; (5) the Deposit of the successful overbidder shall be forfeited if such party is thereafter unable to

complete the purchase of the Assets within 15 days of entry of the order confirming the sale; and (6) in the event the successful overbidder cannot timely complete the purchase of the Assets, the Trustee shall be authorized to proceed with the sale to the next highest overbidder.

**(G) Consideration:** The Trustee estimates that the proposed sale will generate net proceeds for the estate of approximately $20,000.

**(H) Commissions:** None.

**(I) Tax Consequences:** Unknown

**(J) Deadline for Objection:** Pursuant to Local Bankruptcy Rule 9013-1(f), any interested party that wishes to oppose the relief requested in the motion must file not later than 14 days prior to the scheduled hearing date, with the Clerk of the Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012, and serve upon the Office of the United States Trustee, located at 725 S. Figueroa Street, 26th Floor, Los Angeles, California 90017, the Trustee's counsel, located at the address indicated on the upper left corner of the first page of this notice, "[a] complete written statement of all reasons in opposition thereto ..., declarations and copies of all photographs and documentary evidence on which the responding party intends to rely and any responding memorandum of points and authorities."

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h), failure to file and serve a timely response may be deemed consent to the relief requested in the Motion.

DATED: March 13, 2013    LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: /s/ Anthony A. Friedman
ANTHONY A. FRIEDMAN
(Proposed) Attorneys for Alfred H. Siegel,
Chapter 7 Trustee for the estate of
Genius Products, LLC

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION OF ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE FOR ORDER: (1) AUTHORIZING SALE OF ESTATE'S RIGHT, TITLE, AND INTEREST IN PERSONAL PROPERTY; (2) APPROVING OVERBID PROCEDURE; AND (3) AUTHORIZING PAYMENT OF BREAKUP FEE**; will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *March 13, 2013*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Brett Bissett on behalf of Interested Party Request for Courtesy Notice of Electronic Filing (NEF)
brett.bissett@klgates.com, carolyn.orphey@klgates.com;klgatesbankruptcy@klgates.com

Timothy Bortz on behalf of Creditor Timothy Bortz
ra-li-ucts-bankrupt@pa.gov

Michael B Lubic on behalf of Interested Party Request for Courtesy Notice of Electronic Filing (NEF)
michael.lubic@klgates.com, jonathan.randolph@klgates.com

Alfred H Siegel (TR)
al.siegel@crowehorwath.com,
asiegel@ecf.epiqsystems.com;margo.tzeng@crowehorwath.com;lisa.irving@crowehorwath.com

Nicola G Suglia on behalf of Creditor Canon Financial Services, Inc. c/o Nicola G. Suglia, Esq.
nsuglia@fleischerlaw.com

Wayne R Terry on behalf of Interested Party Request for Courtesy Notice of Electronic Filing (NEF)
wterry@hemar-rousso.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On *March 13, 2013*, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing persons and the judge here constitutes a declaration that mailing to those persons and judge will be completed no later than 24 hours after the document is filed.

**VIA U.S MAIL**

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *March 13, 2013*, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA ATTORNEY SERVICE**
The Hon. Richard Neiter
255 E. Temple Street, Suite 1652 / Courtroom 1645
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| March 13, 2013 | Marla L. Fuentes | /s/ Marla L. Fuentes |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

BK Case No. 2:11-bk-62283-RN

VIA U.S. MAIL OR
NEF IF MARKED *

| Debtor<br>Genius Products LLC<br>3301 Exposition Blvd Ste 100<br>Santa Monica, CA 90404<br>LOS ANGELES-CA | Petitioning Creditor<br>World Wrestling Entertainment Inc.<br>1241 E Main St<br>Stamford, CT 06902-3520 | Counsel to Petitioning Creditor<br>World Wrestling Entertainment Inc.. *<br>Brett Bissett & Michael J Heyman<br>K&L Gates LLP<br>10100 Santa Monica Blvd<br>Los Angeles, CA 90067 |
|---|---|---|
| Petitioning Creditor<br>Thought Equity Motion Inc.<br>1530 16th St 6th Fl.<br>Denver, CO 80202-1447 | Counsel to Petitioning Creditor<br> Thought Equity Motion Inc.<br>Chad T Rock<br>Kutak Rock LLP<br>1801 California St<br>Denver, CO 80202 | Alfred H Siegel (TR)<br>Siegel, Gottlieb, Mangel & Levine<br>15233 Ventura Blvd., 9th Floor<br>Sherman Oaks, CA 91403-2201 |
| Petitioning Creditor<br>LD Entertainment<br>c/o Jay Shanker<br>McAfee & Taft<br>211 N Robinson<br>Oklahoma City, OK 73102 | Counsel  to Petitioning Creditor<br> LD Entertainment<br>McAfee & Taft<br>211 N Robinson<br>Oklahoma City, OK 73102 | U.S. Trustee*<br>United States Trustee (LA)<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017 |
| Buyer<br>Rick Natichioni, Esq.<br>LD Entertainment<br>Director of Business & Legal Affairs<br>9000 Sunset Boulevard, Suite 600<br>West Hollywood, CA 90069 | | |

Creditors:

| Canon Financial Services Inc.<br>c/o Nicola G. Fleisher & Suglia<br>Plaza 1000 at Main Street, Ste. 208<br>Voorhees, NJ 08043 | Marvel Characters, Inc.<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | The Travelers Indemnity Company<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 |
|---|---|---|
| RSN : Timothy A. Bortz<br>PA Department of Labor and Industry<br>625 Cherry St. Rm 203<br>Reading, PA 19602-1184 | | |