| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ROBINS KAPLAN LLP<br>David B. Shemano (176020)<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067<br>Telephone: (310) 552-0130<br>Facsimile:  (310) 229-5800<br><br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:*  Alfred H. Siegel, Chapter 7 Trustee | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>GENIUS PRODUCTS, INC. | CASE NO.: 2:11-bk-62283-RN<br>CHAPTER: 7 |
|---|---|
| <br><br><br><br><br>Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): STIPULATION BETWEEN ALFRED SIEGEL AND WEINSTEIN CO. EXTENDING DEADLINE FOR TOLLING CLAIMS |

PLEASE TAKE NOTE that the order titled ORDER APPROVING STIPULATION BETWEEN ALFRED H. SIEGEL, CHAPTER  7 TRUSTEE AND WEINSTEIN COMPANY EXTENDING DEADLINE FOR TOLLING CLAIMS

was lodged on (*date*)   04/10/2015   and is attached.  This order relates to the motion which is docket number  116.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

ROBINS KAPLAN LLP
David B. Shemano (State Bar No. 176020)
dshemano@robinskaplan.com
James P. Menton, Jr. (State Bar No. 159032)
jmenton@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067
Telephone:      310-552-0130
Facsimile:      310-229-5800

Special Litigation Counsel for Alfred H. Siegel,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.  2:11-bk-62283-RN |
| GENIUS PRODUCTS, LLC, | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION BETWEEN ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF GENIUS PRODUCTS, LLC, AND THE WEINSTEIN COMPANY, EXTENDING DEADLINE FOR FILING TOLLED CLAIMS**<br><br>[<br><br>[No Hearing Required] |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

The Court having read and considered that certain Stipulation Between Alfred H. Siegel, Chapter 7 Trustee For The Bankruptcy Estate Of Genius Products, LLC, And The Weinstein Company, Extending Deadline For Filing Tolled Claims (the "Stipulation") filed with the Court on April 1, 2015, and for good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1.    The Stipulation is approved in its entirety.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF LODGMENT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 10, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Brett Bissett    bbissett@kasowitz.com
- Timothy Bortz    ra-li-ucts-bankrupt@pa.gov
- Alicia Clough    alicia.clough@kayescholer.com
- Joseph Corrigan    Bankruptcy2@ironmountain.com
- Anthony A Friedman    aaf@lnbyb.com
- Anthony A Friedman    aaf@lnbyb.com
- Lindsay M Holloman    lholloman@foxrothschild.com, cliu@foxrothschild.com
- Lance N Jurich    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- Michael B Lubic    michael.lubic@klgates.com, jonathan.randolph@klgates.com
- Moji Saniefar    , msaniefar@yahoo.com
- David B Shemano    DBShemano@rkmc.com
- Alfred H Siegel (TR)    Al.siegel@asiegelandassoc.com, Lisa.irving@asiegelandassoc.com;Margo.tzeng@asiegelandassoc.com;asiegel@ecf.epiqsystems.com
- Lindsey L Smith    lls@lnbyb.com
- Nicola G Suglia    nsuglia@fleischerlaw.com
- Wayne R Terry    wterry@hemar-rousso.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Jeanne C Wanlass    jwanlass@loeb.com, karnote@loeb.com;ladocket@loeb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 10, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Richard M. Neiter
United States Bankruptcy Court
255 E. Temple Street, Suite 1652 / Courtroom 1645
Los Angeles, CA 90012

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 10, 2015   Denise Wymore | /s/ Denise Wymore |
|---|---|
| *Date*        *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
60951529.1

**F 9013-3.1.PROOF.SERVICE**