ANTHONY A. FRIEDMAN (State Bar No. 201955)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:   (310) 229-1244
Email: AAF@LNBYB.COM; JSK@LNBYB.COM

Attorneys for Alfred H. Siegel, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| **In re:**<br><br>**GENIUS PRODUCTS, LLC,**<br><br>Debtor. | Case No.: 2:11-bk-62283-RN<br><br>**Chapter 7 Case**<br><br>**STATUS REPORT RE: MOTION FOR APPROVAL OF POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364(c)**<br><br>**Hearing:**<br>**Date:** September 17, 2015<br>**Time:**    2:00 p.m.<br>**Place:**  Courtroom 1645<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

1

**TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER INTERESTED PARTIES:**

On August 3, 2015, Alfred H. Siegel (the "Trustee"), the Chapter 7 Trustee for the bankruptcy estate (the "Estate") of Genius Products, LLC (the "Debtor"), filed a motion (the "Motion") for an order authorizing the Trustee to enter into that certain post-petition Litigation Funding Agreement dated June 23, 2015 (the "Agreement") with World Wrestling Entertainment, Inc. ("WWE") and LD Entertainment LLC ("LD" and, together with WWE, the "Funding Parties").  In summary, the Agreement provides that the Funding Parties will advance a maximum of $250,000 (the "Advance") to fund certain out-of-pocket litigation costs and expenses (the "Out-Of-Pocket Costs") related to the prosecution of the Estate's claims (the "TWC Litigation") against The Weinstein Company, LLC and The Weinstein Company Holdings LC (collectively, "Weinstein") and Trevor Drinkwater ("Drinkwater").

At the August 25, 2015 hearing on the Motion, while no oppositions were filed to the Motion, the Court, sua sponte, raised significant concerns regarding the terms of the Agreement. At the conclusion of the hearing, the Trustee, through his counsel, requested a continuance of the hearing on the Motion in order to restructure the Agreement terms with the Funding Parties.  As a result, the Court continued the hearing on the Motion to September 17, 2015 at 2:00 p.m. in Courtroom 1675.

The Trustee and the Funding Parties have been diligently working on restructuring the Agreement, however, as of the filing of this status report, no revision, amendment or other agreement has been reached or agreed to.

The Trustee and the Funding Parties will continue to work as expeditiously as possible in order to resolve the Court's issues with the Agreement, hopefully culminating in a revised Agreement.

///

///

///

2

1  Provided a revised Agreement is obtained, the Trustee will submit a further status report
2  or supplemental pleading advising of the revised Agreement in advance of the currently scheduled
3  September 17, 2015 hearing date.

4  DATED:  September 10, 2015           LEVENE, NEALE, BENDER,
                                         YOO & BRILL, L.L.P.

                                         BY:    /s/ Anthony A. Friedman
                                                ANTHONY A. FRIEDMAN
                                                JEFFREY S. KWONG
                                                Attorneys for Alfred H. Siegel,
                                                Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled: **STATUS REPORT RE: MOTION FOR APPROVAL OF POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364(c)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _**September 10, 2015**_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Brett Bissett    bbissett@kasowitz.com
- Timothy Bortz    ra-li-ucts-bankrupt@pa.gov
- Alicia Clough    alicia.clough@kayescholer.com
- Joseph Corrigan    Bankruptcy2@ironmountain.com
- Anthony A Friedman    aaf@lnbyb.com
- Anthony A Friedman    aaf@lnbyb.com
- Lindsay M Holloman    LHolloman@sheppardmullin.com, cliu@foxrothschild.com
- Lance N Jurich    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- Benjamin R King    bking@loeb.com, karnote@loeb.com;ladocket@loeb.com
- Mette H Kurth    mkurth@foxrothschild.com, pchlum@foxrothschild.com
- Michael B Lubic    michael.lubic@klgates.com, jonathan.randolph@klgates.com
- James P Menton    JPMenton@rkmc.com
- Manoj D Ramia    manoj.ramia@klgates.com, klgatesbankruptcy@klgates.com
- Moji Saniefar    , msaniefar@yahoo.com
- David B Shemano    dshemano@robinskaplan.com
- Alfred H Siegel (TR)    Al.siegel@asiegelandassoc.com, Lisa.irving@asiegelandassoc.com;Margo.tzeng@asiegelandassoc.com;asiegel@ecf.epiqsystems.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Nicola G Suglia    nsuglia@fleischerlaw.com
- Wayne R Terry    wterry@hemar-rousso.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _**September 10, 2015**_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing persons and the judge here constitutes a declaration that mailing to those persons and judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _**September 10, 2015**_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

**Via Attorney Service**
The Hon. Richard Neiter
United States Bankruptcy Court
255 E. Temple Street, Suite 1652 / Courtroom 1645
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 10, 2015 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**