United States Bankruptcy Court
Central District of California

In re:                                                                      Case No. 11-62283-BB
Genius Products LLC                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2           User: admin              Page 1 of 2            Date Rcvd: Aug 01, 2017
                               Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2017.
db              +Genius Products LLC,    3301 Exposition Blvd Ste 100,    Santa Monica, CA 90404-5045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2017 at the address(es) listed below:
          Alan R Friedman    on behalf of Defendant    The Weinstein Company LLC afriedman@foxrothschild.com,
           mburke@foxrothschild.com
          Alan R Friedman    on behalf of Creditor    The Weinstein Company LLC afriedman@foxrothschild.com,
           mburke@foxrothschild.com
          Alan R Friedman    on behalf of Defendant    The Weinstein Company Holding
           afriedman@foxrothschild.com,    mburke@foxrothschild.com
          Alfred H Siegel (TR)    on behalf of Trustee Alfred H Siegel (TR) Al.siegel@asiegelandassoc.com,
           Lisa.irving@asiegelandassoc.com;Margo.tzeng@asiegelandassoc.com;asiegel@ecf.epiqsystems.com
          Alfred H Siegel (TR)     Al.siegel@asiegelandassoc.com,
           Lisa.irving@asiegelandassoc.com;Margo.tzeng@asiegelandassoc.com;asiegel@ecf.epiqsystems.com
          Alicia  Clough    on behalf of Defendant    Castalian Music, LLC aclough@loeb.com,
           ladocket@loeb.com;klyles@loeb.com;mnielson@loeb.com
          Alicia  Clough    on behalf of Defendant    Castalian, LLC aclough@loeb.com,
           ladocket@loeb.com;klyles@loeb.com;mnielson@loeb.com
          Anthony A Friedman    on behalf of Plaintiff Alfred H. Siegel aaf@lnbyb.com
          Anthony A Friedman    on behalf of Plaintiff Alfred H Siegel aaf@lnbyb.com
          Anthony A Friedman    on behalf of Trustee Alfred H Siegel (TR) aaf@lnbyb.com
          Benjamin R King    on behalf of Defendant Trevor  Drinkwater bking@loeb.com,
           karnote@loeb.com;ladocket@loeb.com
          Benjamin R King    on behalf of Interested Party Trevor  Drinkwater bking@loeb.com,
           karnote@loeb.com;ladocket@loeb.com
          Benjamin R King    on behalf of Defendant Matthew  Smith bking@loeb.com,
           karnote@loeb.com;ladocket@loeb.com
          Benjamin R King    on behalf of Defendant Mitchell  Budin bking@loeb.com,
           karnote@loeb.com;ladocket@loeb.com
          Benjamin R King    on behalf of Interested Party Mitchell  Budin bking@loeb.com,
           karnote@loeb.com;ladocket@loeb.com
          Benjamin R King    on behalf of Defendant Michael P. Radiloff bking@loeb.com,
           karnote@loeb.com;ladocket@loeb.com
          Brett  Bissett    on behalf of Petitioning Creditor    World Wrestling Entrtainment Inc
           bbissett@mckoolsmithhennigan.com,    sberson@mckoolsmithhennigan.com
          David B Shemano    on behalf of Trustee Alfred H Siegel (TR) dshemano@robinskaplan.com
          David B Shemano    on behalf of Plaintiff ALFRED H SIEGEL, CHAPTER 7 TR dshemano@robinskaplan.com
          David B Shemano    on behalf of Interested Party    Alfred H. Siegel Ch. 7 Trustee
           dshemano@robinskaplan.com
          David B Shemano    on behalf of Plaintiff Alfred H. Siegel dshemano@robinskaplan.com
          James P Menton, JR    on behalf of Plaintiff ALFRED H SIEGEL, CHAPTER 7 TR JPMenton@rkmc.com,
           dvaughn@robinskaplan.com
          James P Menton, JR    on behalf of Interested Party    Alfred H. Siegel Ch. 7 Trustee
           JPMenton@rkmc.com,    dvaughn@robinskaplan.com
          James P Menton, JR    on behalf of Plaintiff Alfred H. Siegel JPMenton@rkmc.com,
           dvaughn@robinskaplan.com

```
District/off: 0973-2          User: admin              Page 2 of 2               Date Rcvd: Aug 01, 2017
                              Form ID: pdf042          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              James P Menton, JR    on behalf of Trustee Alfred H Siegel (TR) JPMenton@rkmc.com,
               dvaughn@robinskaplan.com
              Joseph  Corrigan    on behalf of Creditor   Iron Mountain Information Management, LLC
               Bankruptcy2@ironmountain.com
              Lance N Jurich    on behalf of Defendant John  Mueller ljurich@loeb.com,
               karnote@loeb.com;ladocket@loeb.com
              Lance N Jurich    on behalf of Defendant Jared  Drinkwater ljurich@loeb.com,
               karnote@loeb.com;ladocket@loeb.com
              Lance N Jurich    on behalf of Defendant Matthew  Smith ljurich@loeb.com,
               karnote@loeb.com;ladocket@loeb.com
              Lance N Jurich    on behalf of Defendant Michael P. Radiloff ljurich@loeb.com,
               karnote@loeb.com;ladocket@loeb.com
              Lance N Jurich    on behalf of Defendant Trevor  Drinkwater ljurich@loeb.com,
               karnote@loeb.com;ladocket@loeb.com
              Lindsay M Holloman    on behalf of Defendant   The Weinstein Company LLC
               LHolloman@sheppardmullin.com,  cliu@foxrothschild.com
              Lindsey L Smith    on behalf of Trustee Alfred H Siegel (TR) lls@lnbyb.com,  lls@ecf.inforuptcy.com
              Lindsey L Smith    on behalf of Plaintiff Alfred H Siegel lls@lnbyb.com,  lls@ecf.inforuptcy.com
              Lindsey L Smith    on behalf of Plaintiff Alfred H. Siegel lls@lnbyb.com,  lls@ecf.inforuptcy.com
              Lindsey L Smith    on behalf of Defendant Mitchell  Budin lls@lnbyb.com,  lls@ecf.inforuptcy.com
              Lindsey L Smith    on behalf of Interested Party   Alfred H. Siegel Ch. 7 Trustee lls@lnbyb.com,
               lls@ecf.inforuptcy.com
              Manoj D Ramia    on behalf of Interested Party   Courtesy NEF manoj.ramia@klgates.com,
               klgatesbankruptcy@klgates.com
              Mette H Kurth    on behalf of Defendant   The Weinstein Company LLC mkurth@foxrothschild.com,
               pchlum@foxrothschild.com;mette-kurth-7580@ecf.pacerpro.com
              Mette H Kurth    on behalf of Creditor   The Weinstein Company LLC mkurth@foxrothschild.com,
               pchlum@foxrothschild.com;mette-kurth-7580@ecf.pacerpro.com
              Mette H Kurth    on behalf of Defendant   The Weinstein Company Holding mkurth@foxrothschild.com,
               pchlum@foxrothschild.com;mette-kurth-7580@ecf.pacerpro.com
              Michael B Lubic    on behalf of Interested Party   Courtesy NEF michael.lubic@klgates.com,
               jonathan.randolph@klgates.com
              Moji  Saniefar    on behalf of Defendant   Taxgroup Partners Inc ,  msaniefar@yahoo.com
              Nicola G Suglia, Esq    on behalf of Creditor   Canon Financial Services, Inc. c/o Nicola G.
               Suglia, Esq. nsuglia@fleischerlaw.com
              Timothy  Bortz    on behalf of Creditor Timothy A Bortz ra-li-ucts-bankrupt@pa.gov
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
              Wayne R Terry    on behalf of Interested Party   Courtesy NEF wterry@hemar-rousso.com
                                                                                             TOTAL: 47
```

ANTHONY A. FRIEDMAN (State Bar No. 201955)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: AAF@LNBYB.COM

Attorneys for Alfred H. Siegel, Chapter 7 Trustee

**FILED & ENTERED**

**AUG 01 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** llewis     **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**GENIUS PRODUCTS, LLC,**<br><br>                         Debtor. | Case No.: 2:11-bk-62283-BB<br><br>Chapter 7 Case<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF AMENDMENT TO POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364(c)**<br><br>**Hearing:**<br>Date:    July 25, 2017<br>Time:   10:30 a.m.<br>Place:   Courtroom 1539<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

1

At the above-referenced date, time, and location, the Honorable Sheri Bluebond, United States Bankruptcy Judge for the Central District of California (the "Court") held a hearing on the *Motion For Approval Of Amendment to Post-Petition Financing Pursuant To 11 U.S.C. § 364(c)* (the "Motion") [Docket No. 174] filed by Alfred H. Siegel, the Chapter 7 trustee (the "Trustee") for the estate of Genius Products, LLC (the "Debtor"). All appearances were made as set forth on the Court's record.

The Court having read and considered the Notice of the Motion, the Motion, the Memorandum of Points and Authorities in support of the Motion, the declaration submitted in support of the Motion, the Supplement to the Motion (the "Supplement") [Docket No. 183], the record in this case, and for good cause shown,

**IT IS HEREBY ORDERED**, as follows:

1. Notice of the Motion was appropriate under the circumstances and complied with the requirements of the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules;

2. The Motion is **granted** in its entirety;

3. The Trustee is authorized to enter into the Amended Litigation Funding Agreement attached as Exhibit "A" to the Supplement.

**IT IS SO ORDERED.**

\# \# \#

Date: August 1, 2017

Sheri Bluebond
United States Bankruptcy Judge

2